UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A/S DAN BUNKERING LTD.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHINA SPIRIT *in rem*<br>GLOBAL AMERICAN TRANSPORT,<br>LLC *in personam*,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-02790-TLN-SCR<br><br><br>**ORDER** |

Having considered Plaintiff's Motion Authorizing Process of Arrest Warrant (ECF No. 4), the Court GRANTS the motion as follows:

IT IS HEREBY ORDERED that the Clerk issue a Warrant of Arrest and such ancillary papers as are necessary to accomplish the arrest of the CHINA SPIRIT, a Hong Kong flagged vessel, bearing IMO No. 9655846, and its respective engines, tackle, apparel, boilers, equipment and appurtenances, etc. (collectively, the "Vessel"), which are located in navigable waters within the jurisdiction of this Court.

IT IS FURTHER ORDERED that Plaintiff, A/S Dan-Bunkering Ltd. releases, holds harmless, and shall indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest, attachment or movement of the Vessel.

IT IS SO ORDERED.

Date: October 17, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE