**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

**IN ADMIRALTY**

| | |
|---|---|
| A/S DAN BUNKERING LTD. | Case No.: 2:24-CV-02790-TLN-SCR |
| Plaintiff, | **ORDER** |
| v. | |
| CHINA SPIRIT *in rem* <br> GLOBAL AMERICAN TRANSPORT, LLC *in personam*, | |
| Defendant. | |

ORDER

Having considered Plaintiff's Motion to Release Vessel Pursuant to Written Undertaking (the "**Motion**"), the Court GRANTS the Motion as follows:

**IT IS HEREBY ORDERED** that the Written Undertaking filed by The West of England Ship Owners Mutual Insurance Association (Luxembourg) (the "**Association**") attached as Exhibit "1" to the Motion (the "**Written Undertaking**") is accepted for filing into the record;

**IT IS FURTHER ORDERED** that pursuant to Rule 523 of the Local Rules for the United States District Court for the Eastern District of California, the Written Undertaking shall respond on behalf of, and become a party in place of, the CHINA SPIRIT, IMO Number 9655846 (the "**Vessel**"), and the Written Undertaking shall be deemed referred to under the name of the Vessel in any pleading, order or judgment in the action;

**IT IS FURTHER ORDERED** that the Warrant of Vessel Arrest issued on October 17, 2024 (Dkt. 10) and Amended Warrant of Vessel Arrest issued on October 18, 2024 (Dkt. 12) are hereby vacated; and

**IT IS FURTHER ORDERED** that the United States Marshal be, and is hereby authorized and directed, to surrender possession of the Vessel to the Vessel's master or any nominee of the Association.

IT IS SO ORDERED.

Date: October 23, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER